**Order entered January 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00841-CR

**CLIFFORD CURTIS BELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-27307-Q**

## ORDER

The Court **GRANTS** appellant's January 15, 2013 motion to extend time to file his brief.

We **ORDER** the appellant's brief received on January 15, 2013 filed as of the date of this order.


/s/      CAROLYN WRIGHT
          CHIEF JUSTICE